Submitted on petitions for review filed December 15, and December 16, 1997, petitions for review allowed; decision of Court of Appeals vacated, and case remanded to Court of Appeals for reconsideration January 29, 1998

OREGONIANS IN ACTION,
*Respondent on Review,*

*v.*

LAND CONSERVATION AND
DEVELOPMENT COMMISSION,
*Petitioner on Review,*

*and*

McKAY CREEK VALLEY ASSOCIATION,
*Intervenor / Petitioner on Review.*

(CA A91720; SC S44822, S44823)

951 P2d 726

F. Blair Batson, Portland, filed the petition for intervenor/ petitioner on review McKay Creek Valley Association.

Stephanie L. Striffler, Special Counsel to the Attorney General, Salem, filed the petition for petitioner on review Land Conservation and Development Commission. With her on the petition were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

David J. Hunnicutt, Tigard, filed the response for respondent on review.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Fadeley, Graber, and Durham, Justices.**

MEMORANDUM OPINION

The petitions for review are allowed. The decision of the Court of Appeals is vacated, and the case is remanded to the

---

** Kulongoski, J., did not participate in the consideration or decision of this case.

Court of Appeals for reconsideration in light of *Lane County v. LCDC*, 325 Or 569, 942 P2d 278 (1997).